UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ALLEN WHITE,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANA NESSEL and MICHAEL FREZZA,**<br><br>Defendants. | **2:22-CV-12162-TGB-APP** |

# JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that Christopher Allen White's complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:  December 29, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1