UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ALLEN WHITE,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANA NESSEL and MICHAEL FREZZA,**<br><br>Defendants. | 2:22-CV-12162-TGB-APP<br><br>**ORDER DOCKETING COMMUNICATIONS OF PLAINTIFF AND STRIKING THEM AS IMPROPER PLEADINGS (ECF NOS. 20 AND 21)** |

Plaintiff Christopher Allen White has sent two communications to the Court regarding this closed case: an email dated January 9, 2023 (ECF No. 20), and a letter submitted through the Court's pro se portal on January 11, 2023 (ECF No. 21). These communications advance the argument that the Court's December 29, 2022 order dismissing White's complaint (ECF No. 17), and its accompanying judgment (ECF No. 18), are potentially "forged" and "fraudulent." White requests that these documents be reviewed by a "clerical specialist" to confirm that they are "reputable," and he further demands responses to other emails he has apparently sent to the Clerk's office.

Although these communications are improvidently filed and state no proper claim for relief, the Court will enter them on the docket so as to maintain a proper record of White's actions. Although White is a self-represented litigant and the Court has afforded him considerable

1

leniency, no litigant should be permitted to abuse the judicial system by filing frivolous and vexatious materials. *See Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996); *see also Downs v. Westphal*, 78 F.3d 1252, 1257 (7th Cir. 1996) (observing that being self-represented does not give a litigant "the discretion to choose which of the court's rules and orders it will follow, and which it will willfully disregard"). Consequently, these communications are hereby **STRICKEN**. Any similar communications received by White will not be responded to or docketed, and if filed, will be summarily stricken. This case remains closed.

**IT IS SO ORDERED**, this 19th day of January, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge